# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAY S. DAUGHERTY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-209-SDJ** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **CONSENT** |

## O R D E R

The Court having been advised by counsel for the parties that the above action has been settled:

**IT IS ORDERED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within 60days, to reopen the action if the settlement is not consummated.

**IT IS FURTHER ORDERED** that the status conference set for October 9, 2025, before the undersigned is hereby **CANCELED**.

Signed in Baton Rouge, Louisiana, on October 8, 2025.

_____
SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE